# Exhibit A

## RE:[CASE 14032251451] Counter Notice

**counter-notice@amazon.com** <counter-notice@amazon.com>
Mon 10/16/2023 3:49 PM
To:Marianna Parsali <marianna@mazzolalindstrom.com>

Hello,

We have received a counter notice to your report(s) of posting, hosting and/or distributing unlicensed copyright protected material on our network.

Complaint IDs: 13981268861

ASINS: B0CH849V9P

Counter Noticing Party Contact Info:
Full Legal Name:
郑睿超

Email Address:
zhengruichao6688@163.com

Mailing Address:
中国 351200 福建 ���田市 闽侯县上街镇高新大道1-1号 中海寰宇天下22幢

Phone Number:
18250614320

✔️ (I) I am located in the United States and I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located (OR) I am located outside of the United States and I consent to the jurisdiction of any judicial district in which Amazon may be found.

✔️ (II) I agree to accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person.

✔️ (III) I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled.

✔️ (IV) I declare under penalty of perjury under the laws of the United States of America that this Counter-Notification and all statements therein are true and correct.

✔️ (V) I ACKNOWLEDGE THAT PROVIDING FALSE STATEMENTS IN A COUNTER-NOTICE MAY LEAD TO CIVIL PENALTIES OR CRIMINAL PROSECUTION.

Enter your full name as a means of a digital signature. Please note that by entering your full name you are providing us with your digital signature which is legally binding.
郑睿超

We will allow this material to be accessible, unless you provide us with notice that a lawsuit has been filed against the counter-noticing party within 10 business days. Please ensure a copy is sent to ip-info-request@amazon.com to help ensure efficient processing.

Regards,

Copyright/Trademark Agent
Amazon.com

--

## RE:[CASE 14032255481] Counter Notice

**counter-notice@amazon.com** <counter-notice@amazon.com>
Mon 10/16/2023 3:55 PM

To:Marianna Parsali <marianna@mazzolalindstrom.com>

Hello,

We have received a counter notice to your report(s) of posting, hosting and/or distributing unlicensed copyright protected material on our network.

Complaint IDs: 13981268861

ASINS: B0CGLMHQX9

Counter Noticing Party Contact Info:
Full Legal Name:
林辉煌

Email Address:
linhuihuang644@163.com

Mailing Address:
西山312号 莆田市 仙���县郊尾镇西山村 351200 福建 CN

Phone Number:
17359894690

✔️ (I) I am located in the United States and I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located (OR) I am located outside of the United States and I consent to the jurisdiction of any judicial district in which Amazon may be found.

✔️ (II) I agree to accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person.

✔️ (III) I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled.

✔️ (IV) I declare under penalty of perjury under the laws of the United States of America that this Counter-Notification and all statements therein are true and correct.

✔️ (V) I ACKNOWLEDGE THAT PROVIDING FALSE STATEMENTS IN A COUNTER-NOTICE MAY LEAD TO CIVIL PENALTIES OR CRIMINAL PROSECUTION.

Enter your full name as a means of a digital signature. Please note that by entering your full name you are providing us with your digital signature which is legally binding.
林辉煌

We will allow this material to be accessible, unless you provide us with notice that a lawsuit has been filed against the counter-noticing party within 10 business days. Please ensure a copy is sent to ip-info-request@amazon.com to help ensure efficient processing.

Regards,

Copyright/Trademark Agent
Amazon.com

--

## RE:[CASE 14032198671] Counter Notice

**counter-notice@amazon.com** <counter-notice@amazon.com>
Mon 10/16/2023 3:42 PM

To:Marianna Parsali <marianna@mazzolalindstrom.com>

Hello,

We have received a counter notice to your report(s) of posting, hosting and/or distributing unlicensed copyright protected material on our network.

Complaint IDs: 13981268861

ASINS: B0CGPTDKJF

Counter Noticing Party Contact Info:
Full Legal Name:
彭秀爱

Email Address:
pengxiuai6721@163.com

Mailing Address:
仙游县龙华镇 塔街103号 莆田市 351200 福建 CN

Phone Number:
15060333974

✔ (I) I am located in the United States and I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located (OR) I am located outside of the United States and I consent to the jurisdiction of any judicial district in which Amazon may be found.

✔ (II) I agree to accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person.

✔ (III) I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled.

✔ (IV) I declare under penalty of perjury under the laws of the United States of America that this Counter-Notification and all statements therein are true and correct.

✔ (V) I ACKNOWLEDGE THAT PROVIDING FALSE STATEMENTS IN A COUNTER-NOTICE MAY LEAD TO CIVIL PENALTIES OR CRIMINAL PROSECUTION.

Enter your full name as a means of a digital signature. Please note that by entering your full name you are providing us with your digital signature which is legally binding.
彭秀爱

We will allow this material to be accessible, unless you provide us with notice that a lawsuit has been filed against the counter-noticing party within 10 business days. Please ensure a copy is sent to ip-info-request@amazon.com to help ensure efficient processing.

Regards,

Copyright/Trademark Agent
Amazon.com

--