UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

First Freedom Art Company, LLC,

                *Plaintiff*,

        - against -

John Doe 1, John Doe 2, and John Doe 3,

                *Defendants*.

ECF CASE

No. 1:23-cv-9480

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff First Freedom Art Company, LLC (a private non-governmental party), certifies that its parent company is FFAC Holding Company, LLC, a Delaware limited liability company. No other public or private entity owns 10% or more of First Freedom Art Company, LLC.

Dated:  October 27, 2023

                Respectfully submitted,

                **MAZZOLA LINDSTROM LLP**

                By: _____
                      Aimée Scala
                1350 Avenue of the Americas, 2nd Floor
                New York, NY 10019

                *Attorneys for Plaintiff*
                *First Freedom Art Company, LLC*