AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| **DOCKET NO.** 1:23-cv-9480   **DATE FILED** 10/27/2023 | U.S. District Court for the Southern District of New York 500 Pearl Street, NY NY 10007 |

| PLAINTIFF | DEFENDANT |
|---|---|
| First Freedom Art Company, LLC | John Doe 1, John Doe 2, John Doe 3 |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | VA0000759641 | The Prayer At Valley Forge (1975) | Arnold Friberg |
| 2 | RE0000862291 | The prayer at Valley Forge (1973) | Arnold Friberg |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☑ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Ruby J. Krajick | s/ T. Pisarczyk | 03/05/2024 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print   Save As...   Reset

MAZZOLA LINDSTROM, LLP
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019

Hanoch Sheps
646.216.8126
hanoch@mazzolalindstrom.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| First Freedom Art Company, LLC | ECF CASE |
| --- | --- |
| *Plaintiff*, | No. 1:23-cv-9480 |
| - against – | |
| John Doe 1, John Doe 2, and John Doe 3, | **Plaintiffs' Notice of Voluntary Dismissal** |
| *Defendants*. | |

    Plaintiffs First Freedom Art Company, LLC, through their undersigned attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss without prejudice all claims in this action against Defendants.

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a "plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Defendant has not served an answer, a motion for summary judgment, or any other response in this action. Accordingly, this action may be dismissed without an Order of the Court.

2

Dated: New York, New York
       March 1, 2024                      Respectfully submitted,

Mazzola Lindstrom LLP

Hanoch Sheps
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
646.216.8126
hanoch@mazzolalindstrom.com

*Attorneys for Plaintiff*
*First Freedom Art Company LLC*

2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on March 1, 2024, pursuant to Fed. R. Civ. P. 5, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

MAZZOLA LINDSTROM LLP

_____
Hanoch Sheps
